JOHN H. USHER, Respondent, *v.* THE NEW YORK CENTRAL AND HUDSON RIVER RAILROAD COMPANY, Appellant.

*Usher* v. *N. Y. C. & H. R. R. R. Co.,* 76 App. Div. 422, affirmed.
(Argued June 7, 1904; decided August 5, 1904.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered January 19, 1903, affirming a judgment in favor of plaintiff entered upon a verdict and an order denying a motion for a new trial.

*Thomas Emery, Robert A. Kutschbock* and *Herbert E. Kinney* for appellant.

*Arthur S. Tompkins* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: BARTLETT, MARTIN, VANN and WERNER, JJ. Dissenting: PARKER, Ch. J., and CULLEN, J. Absent: HAIGHT, J.

---

THE PEOPLE OF THE STATE OF NEW YORK ex rel. JOHN H. HURLEY, Appellant, *v.* THEODORE ROOSEVELT et al., Composing the Board of Police of the Police Department of the City of New York, Respondents.

*People ex rel. Hurley* v. *Roosevelt,* 56 App. Div. 626, affirmed.
(Argued June 13, 1904; decided August 5, 1904.)

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, entered January 25, 1901, which dismissed a writ of certiorari and affirmed the proceedings of the defendants in dismissing the relator from the position of patrolman in the police department of the city of New York.

*Roger Foster* and *Charles P. Dillon* for appellant.

*John J. Delany, Corporation Counsel (Theodore Connoly* of counsel), for respondents.

Judgment affirmed, with costs; no opinion.
Concur: PARKER, Ch. J., GRAY, BARTLETT, MARTIN, VANN, CULLEN and WERNER, JJ.